# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOLDOPP ENERGY, LLC, <br> A TEXAS LIMITED LIABILITY COMPANY, <br>     Plaintiff, <br><br> v. <br><br> BILL STEWART, *et al.* <br>     Defendants. | Civil No. 5:23-cv-02609-JMG |

## ORDER

**AND NOW**, this 11th day of July, 2023, upon consideration of Plaintiff's Motion for Temporary Injunction (ECF No. 3) and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's Motion (ECF No. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall effect service of the Complaint, the Motion for Temporary Injunction, and this Order on Defendants in accordance with the Federal Rules of Civil Procedure.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge